**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00185-LDG-GWF |
| vs. ) | **ORDER** |
| JAMES ELLIS PAYNE, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Withdraw Motion to Suppress and Vacate the Evidentiary Hearing (#41), filed on February 27, 2015.

Defendant moves to vacate the evidentiary hearing set for this Thursday, March 5th, and withdraw his motion to suppress. Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Withdraw (#41) the Motion to Suppress (#29) is hereby **granted**.

**IT IS FURTHER ORDERED** that the hearing set for March 5, 2015, at 1:30 p.m. is hereby **vacated**.

**DATED** this 3rd day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge