RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for James Ellis Payne

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00185-RFB-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| JAMES ELLIS PAYNE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for James Elllis Payne, that the Revocation Hearing currently scheduled on April 6, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Counsel for the defendant needs additional time to prepare for the revocation hearing.

2.     The defendant has been in compliance with his supervised release conditions and has recently found employment.

3.      US Probation Officer Cecil McCarroll approves of the stipulation and requests that ability to modify the defendant's location monitoring from curfew to Stand Alone GPS monitoring.

4.      The defendant is not in custody and agrees with the need for the continuance.

5.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 2nd day of April, 2021.


RENE L. VALLADARES                          CHRISTOPHER CHIOU
Federal Public Defender                      Acting United States Attorney



By /s/ Brandon C. Jaroch                     By /s. Brian Y. Whang
BRANDON C. JAROCH                            BRIAN Y. WHANG
Assistant Federal Public Defender            Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

            Plaintiff,

      v.

JAMES ELLIS PAYNE,

            Defendant.

Case No. 2:14-cr-00185-RFB-GWF

**<u>ORDER</u>**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, April 6, 2021, at 2:00 p.m., be vacated and continued to <u>June 8, 2021</u> at the hour of <u>9</u> : <u>15</u> <u>a</u>.m.; or to a time and date convenient to the court.

    IT IS FURTHER ORDERED that the conditions of supervision be modified by the US Probation Office removing the curfew and instituting Stand Alone GPS monitoring (including hybrid GPS). The defendant shall follow the rules and regulations of the location monitoring program until modified by the Court.

    DATED this <u>5th</u> day of April, 2021.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3