UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES ELLIS PAYNE,<br><br>    Defendant. | Case No. 2:14-cr-00185-RFB-GWF<br><br>ORDER FOR PLACEMENT TO RESIDENTIAL REENTRY CENTER |

Presently before the court is the matter of U.S.A. v. James Ellis Payne. On August 12, 201, this court held a revocation hearing as regarding pending petitions and addendums in this instant matter.

The Court Granted the parties request and ORDERED that the pending [53], [66] 12 C Petitions and [59], [86] Addendums be held in Abeyance. The Court FURTHER ORDERED the following modifications to Supervision:

The Court imposed the following conditions of supervision to include defendant's residence at his brother's residence pending bedspace in the residential re-entry center and pending the probation department's approval of defendant's brother's residence:

1. **Reside at Residential Reentry Center** – You must reside in a residential reentry center for a term up to 30 days, pending Probation Department's approval of brother's residence. You must follow the rules and regulations of the center. Probation to confirm residence of defendant's brother; if no issues automatically transition to brother's residence once approved by the probation department.

2. **GPS Location Monitoring** - You will be monitored by the form of GPS Location Monitoring (including hybrid GPS) for a period up November 16, 2021, the date of the Status Check hearing, and you must follow the rules and regulations of the location monitoring program. You must submit a schedule to the probation officer.

3. **Curfew** - You are restricted to your residence every day from 10 PM to 8 AM, or as directed by the probation officer.

4. **Place Restriction** - **Geographic Restriction** - You shall be restricted or visiting the area where the Donna Street Gang resides without first obtaining the permission of the probation officer.

IT IS FURTHER ORDERED that Defendant Payne must go directly to the probation office to have GPS location monitoring installed on his person.

Status Check Hearing is set for November 16, 2021 at 10:00 AM in LV Courtroom 7C by videoconference before Judge Richard F. Boulware, II.

IT IS SO ORDERED this 12th day of August, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE