RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for James Ellis Payne

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JAMES ELLIS PAYNE,<br><br>         Defendant. | Case No. 2:14-cr-00185-RFB-GWF<br><br>**STIPULATION TO CONTINUE STATUS CHECK HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for James Elllis Payne, that the Status Check Hearing currently scheduled on November 16, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to prepare for the Status Check hearing.  Additionally, counsel for the defendant will be out of the district on another case on November 16, 2021.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Status Check hearing.

DATED this 22nd day of October, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Rebecca A. Levy*<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | By /s. *Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES ELLIS PAYNE,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00185-RFB-GWF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Status Check hearing currently scheduled for Tuesday, November 16, 2021, at 10:00 a.m., be vacated and continued to  January 4, 2022  at the hour of  11 : 45  a .m.

　　　DATED this  28th  day of October, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE